**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**00-6362 CR-ZLOCH**

CASE No. _____

MAGISTRATE JUDGE
SELTZER

IN RE: GRAND JURY 99-01 FTL      )
                                 )
                                 )
                                 )
_____)

FILED by _____ D.C.
DEC 19 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## MOTION TO SEAL

The United States of America, by and through the undersigned Assistant United States Attorney for the Southern District of Florida, hereby moves this Court for an order sealing the Indictment, Penalty Sheet, Certificate of Trial Attorney, Arrest Warrant, Bond Recommendation Sheet, this Motion to Seal and Sealing Order, (except for copies to be used by law enforcement personnel during the execution of their official duties in the investigation), and to order said items to remain sealed in the custody of the Clerk of the Court until such time the defendant has been arrested. Sealing of the above-referenced documents is necessary because the defendant has not yet been arrested and is unaware of the case against him. If the defendant was to learn that he is named as a defendant, he might flee the jurisdiction.

**WHEREFORE**, the United States respectfully requests that this Court order that Indictment, Penalty Sheet, Certificate of Trial Attorney, Arrest Warrant, Bond Recommendation Sheet, this Motion to Seal and Sealing Order, (except for copies to be used by law enforcement personnel during the execution of their official duties in the investigation) granting the same be



**SEALED** until the arrest of the defendant.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

Date: 12/18/00

By: /s/ Donald F. Chase II

DONALD F. CHASE, II
ASSISTANT UNITED STATES ATTORNEY
Court No. A5500077
500 East Broward Boulevard, Suite 700
Fort Lauderdale, Florida 33394
Tel. (954) 356-7255, ext. 3513
Fax. (954) 356-7336