```
dfc:km            UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF FLORIDA

                  CASE NO. 00-6362-CR-ZLOCH
                       18 USC §922(g)(1)
                                        MAGISTRATE JUDGE
                                            SELTZER
```



```
UNITED STATES OF AMERICA,  )
                           )
vs.                        )
                           )
JOHN CARUSO                )
                           )
            Defendant.     )
_____)
```

## SEALED INDICTMENT

The Grand Jury charges that:

### COUNT I

On or about March 6, 1999, at Broward County, in the Southern District of Florida, the defendant,

JOHN CARUSO,

having been convicted of a crime punishable by imprisonment for a term exceeding one (1) year, did knowingly possess a firearm in and affecting commerce, to wit, a Stevens 12 gauge shotgun, in

violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL

_____
FOREPERSON

_____
GUY A. LEWIS
UNITED STATES ATTORNEY

_____
DONALD F. CHASE, II
ASSISTANT UNITED STATES ATTORNEY

2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| UNITED STATES OF AMERICA | CASE NO. _____ |
|---|---|
| v. | **CERTIFICATE OF TRIAL ATTORNEY*** |
| JOHN CARUSO _____ | **Superseding Case Information**: |

**Court Division**: (Select One)

New Defendant(s)  Yes ___  No ___
Number of New Defendants  ___
Total number of counts  ___

___ Miami  ___ Key West
_X_ FTL  ___ WPB  ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:  (Yes or No) _NO_____
   List language and/or dialect  _____

4. This case will take __2__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)            (Check only one)

| | | | | |
|---|---|---|---|---|
| I | 0 to 5 days | X___ | Petty | ___ |
| II | 6 to 10 days | ___ | Minor | ___ |
| III | 11 to 20 days | ___ | Misdem. | ___ |
| IV | 21 to 60 days | ___ | Felony | _X_ |
| V | 61 days and over | ___ | | |

6. Has this case been previously filed in this District Court? (Yes or No) NO___
   If yes:
   Judge: _____  Case No. _____
   (Attach copy of dispositive order)

Has a complaint been filed in this matter? (Yes or No) NO_____
If yes:
Magistrate Case No. _____
Related Miscellaneous numbers: _____
Defendant(s) in federal custody as of _____
Defendant(s) in state custody as of _____
Rule 20 from the _____  District of _____

Is this a potential death penalty case? (Yes or No) _____NO_____

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No  If yes, was it pending in the Central Region? ___ Yes ___ No

8. Did this case originate in the Narcotics Section, Miami? ___ Yes _X_ No

/s/ Donald F. Chase, II
DONALD F. CHASE, II
ASSISTANT UNITED STATES ATTORNEY
Court No. A5500077

*Penalty Sheet(s) attached                                                      REV.6/27/00

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# **PENALTY SHEET**

Defendant's Name: __JOHN CARUSO__   No.: _____

Count #I:
Possession of firearm by convicted felon.

18 U.S.C. §922(g)(1)

*Max Penalty: 10 years' imprisonment; $250,000 fine.

Count #: II

*Max Penalty:

Count #:

*Max Penalty:

Count #:

*Max Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.

REV. 12/12/96