AO 442 (Rev. 12/85) Warrant for Arrest   AUSA DONALD F. CHASE, II

# United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA

UNITED STATES OF AMERICA

V.

JOHN CARUSO

## WARRANT FOR ARREST

CASE NUMBER: **00-6362**

CR - ZLOCH MAGISTRATE JUDGE
SELTZER

**TO:** The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ JOHN CARUSO _____
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense) POSSESSION OF A FIREARM BY CONVICTED FELON,

in violation of Title _18_ United States Code, Section ___922(g)(1)___

CLARENCE MADDOX
Name of Issuing Officer

[signature]
Signature of Issuing Officer

Bail fixed at __PRETRIAL DETENTION__

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

December 19, 2000, Fort Lauderdale, Florida
Date and Location

by [signature] BARRY S. SELTZER, U.S. Magistrate Judge
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |