## *United States District Court*

__SOUTHERN__ DISTRICT OF __FLORIDA__

UNITED STATES OF AMERICA

V.

JOHN CARUSO

TO: **The United States Marshal and any Authorized United States Officer**

**WARRANT FOR ARREST**

**CASE NUMBER:**

# 00-6362

CR - ZLOCH MAGISTRATE JUDGE
SELTZER

YOU ARE HEREBY COMMANDED to arrest __JOHN CARUSO__
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense) POSSESSION OF A FIREARM BY CONVICTED FELON,

in violation of Title __18__ United States Code, Section __922(g)(1)__

__CLARENCE MADDOX__
Name of Issuing Officer

*Jenny Butler*
Signature of Issuing Officer

Bail fixed at __PRETRIAL DETENTION__

__COURT ADMINISTRATOR\CLERK OF THE COURT__
Title of Issuing Officer

__December 19, 2000, Fort Lauderdale, Florida__
Date and Location

by __BARRY S. SELTZER, U.S. Magistrate Judge__
Name of Judicial Officer

'01 JAN -3 A9:31

| **RETURN** |
|---|
| This warrant was received and executed with the arrest of the above defendant at Portland, Oregon |

| DATE RECEIVED 12/19/00 | NAME AND TITLE OF ARRESTING OFFICER James A. Tassone United States Marshal Southern District of Florida | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 12/28/00 | | Edward Purchase, SDUSM |