# UNITED STATES DISTRICT COURT

Office of the Clerk
District of Oregon

740 United States Courthouse
1000 S.W. Third Avenue, Portland, Oregon 97204-2902
(503) 326-8003   FAX(503) 326-8010

**DONALD M. CINNAMOND**
Clerk of Court

**ROBERT M. WALCH**
Chief Deputy Clerk

**DANNY W. ARMSTRONG**
Division Manager

**PATRICIA SCHENEMAN**
Deputy Clerk

January 5, 2001

00-6368-CR-ZLOCH

United States District Court
Southern District of Florida
Federal Courthouse Square
301 North Miami Ave.
Miami, FL. 33128-7788

Dear Clerk;

    SUBJECT:   USA v JOHN WILLIAM CARUSO, Portland Case 00-M-604

Pursuant to the Commitment to Another District signed by Judge Donald C. Ashmanskes on January 4, 2001, enclosed are certified copies of the entire court file along with a certified copy of the docket sheet.

Please acknowledge receipt of these documents by returning the enclosed copy of this letter.

Sincerely,

DONALD M. CINNAMOND, CLERK

By P. Scheneman, Deputy

cc: File
    US Marshal
    Pretrial Service
    Counsel of Record

```
Docket as of January 5, 2001 10:11 am            Page 1

Proceedings include all events.
3:00m 604-ALL USA v. Caruso

                  U.S. District Court
    U.S. District Court for the District of Oregon (Portland)

         CRIMINAL DOCKET FOR CASE #: 00-M -604-ALL

USA v. Caruso                                    Filed: 12/29/00
Dkt# in other court: None

Case Assigned to:    Unassigned

JOHN WILLIAM CARUSO (1)         Ruben Iniguez
    Defendant                   [COR LD NTC pda]
                                Federal Public Defender
                                101 SW Main Street
                                Suite 1700
                                Portland, OR 97204
                                503-326-2123


Pending Counts:

    NONE


Terminated Counts:

    NONE



Complaints                      Disposition

Charge from Southern District
of Florida.  28 USC 922(g)(1)
POSSESSION OF FIREARM BY
CONVICTED FELON


U. S. Attorneys:

    NONE
```

Certified to be a true and correct copy of original
Dated 1/5/01
Donald M. Cinnamond, Clerk
By　　　　Deputy

```
Docket as of January 5, 2001 10:11 am              Page 2

Proceedings include all events.
3:00m 604-ALL USA v. Caruso

1/4/00    3      REMOVAL hearing waived as to John William Caruso (schm)
                 [Entry date 01/05/01]

1/5/00    4      COMMITMENT to Sourthern District of Florida for John
                 William Caruso by Judge Donald C. Ashmanskas (schm)
                 [Entry date 01/05/01]

12/29/00 --      DEFENDANT John William Caruso  arrested - assumed date, no
                 return on warrant (raun) [Entry date 01/02/01]

12/29/00 1       MINUTES OF PROCEEDINGS  before Judge John Jelderks
                 regarding Defendant John William Caruso  -  first
                 appearance of John William Caruso on charge from the
                 Suouther District of Florida.  Order appointing Federal
                 Defender. Attorney Ruben Iniguez present;, RULE 40
                 hearing set for 1:30 1/3/01 for John William Caruso before
                 Duty Magistrate.  Record of Detention Hearing.  Order
                 Detained pending further hearing on 1/3/01 at 1:30 p.m.
                 (cc: Counsel notified) Court Rptr Tape No. 1419 (raun)
                 [Entry date 01/02/01]

1/3/01    2      MINUTES OF PROCEEDINGS  before Judge Donald C. Ashmanskas
                 regarding Defendant John William Caruso  - RULE 40 Hearing
                 held before Judge Donald C. Ashmanskas, Commitment order
                 and waiver of removal heairng signed in open court.
                 Defendant committed to Southern District of Florida. (cc:
                 Counsel notified) Court Rptr Janice Caldwell (schm)
                 [Entry date 01/05/01]

1/5/01    5      Transmittal Letter to USDC, Souther District of Florida as
                 to John William Caruso , rule 40 transfer papers. (schm)
                 [Entry date 01/05/01]

[END OF DOCKET: 3:00m 604-0]
```

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

UNITED STATES OF AMERICA

v.

JOHN WILLIAM CARUSO,

COMMITMENT TO
ANOTHER DISTRICT

Case No. 00-M-634

### Defendant

The defendant is charged with a violation of Title 18, United States Code,

Section 922(g)(1), alleged to have been committed in the Southern District of Florida.

Brief description of charge(s):

Felon in possession of firearm

Certified to be a true and correct
copy of original. 1-5-01
Dated
Donald M. Cinnamond, Clerk
By _____ Deputy

The defendant has been unable to obtain release under the Bail Reform Act of 1984,

18 U.S.C. §3141-3143.

### TO THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant, all proceedings required by Fed.R.Crim.P. 40 having been completed.

January 4, 2001
Date

_____
Judicial Officer

RETURN: This commitment was received and executed as follows:
Date Order Received: _____ Place of Commitment: _____
Date Defendant Committed _____
Date _____ U.S. Marshal by (Deputy) _____

FILED

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF REMOVAL HEARING |
| v. | Case No. 00-M-604 |
| JOHN WILLIAM CARUSO, | |

### Defendant

I, JOHN WILLIAM CARUSO, charged in a proceeding pending in the Southern District of Florida, with violation of: Title 18, United States Code, Section 922(g)(1), and having been arrested in the District of Oregon and taken before ~~John Jelderks~~ David C. Ashmanskas, United States Magistrate Judge for that district, who informed me of the charge and of my right to retain counsel or request the assignment of counsel if I am unable to retain counsel, and to have a hearing or execute a waiver thereof, do hereby waive a hearing before the aforementioned magistrate and consent to the issuance of a warrant for my removal to the charging district.

I HEREBY WAIVE:

\_\_\_\_ identity hearing

\_\_\_\_ preliminary examination

__✓__ identity hearing and have been informed I have no right to preliminary examination

\_\_\_\_ identity hearing but request a preliminary examination be held in prosecuting district

Dated: 01/03/01       John W Caruso
                      (Signature of Defendant)

Certified to be a true and correct copy of original filed in my office.
Dated 1-5-01
Donald M. Cinnamond, Clerk
By _____ Deputy

Witness: _____

~~JOHN JELDERKO~~
United States Magistrate Judge

3

# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON

Case No.: 00-M-604

Date of Proceeding: 1-03-01

**Presiding Judge:** Donald C. Ashmanskas    **Courtroom Deputy:** Paul Gale

**Recorder:** Janice Caldwell    **Tape No:** _____    **AUSA:** Richard Scruggs (for Jonathan Haub)

**DOCKET ENTRY:** interpreter(s): _____

Record of [X] time set for [ ] First/[ ] Initial appearance [ ] Arraignment [X] Detention Hearing [ ] Preliminary Hearing: [ ] Release violation [ ] A/W from another district [ ] Status hearing [X] Rule 40 hearing

[ ] ORDER - appointing Federal Defender/CJA attorney to represent defendant(s).
[ ] Defendant(s) advised of charges    [ ] Defendant(s) waived reading of the complaint/indictment/information.
[ ] Defendant(s) advised of rights    [ ] Defendant(s) waived advice of rights.
[X] Defendant(s) waived [ ] preliminary [X] identity [X] removal hearing.
[ ] ORDER - (Re)setting/continuing [ ] arraignment [ ] preliminary [ ] detention [ ] violation [ ] status [ ] Rule 40 hearing before the duty Magistrate Judge on: _____.
[ ] Government witness sworn: _____.
[ ] ORDER - finding probable cause. [ ] ORDER - finding lack of probable cause for defendant.
[ ] ORDER - setting arraignment before the duty Magistrate Judge on: _____.
[X] ORDER - defendant(s) is (are) detained [X] flight risk [X] danger [ ] pending further hearing.
[ ] ORDER - defendant(s) is are) released on conditions. (see separate order)
[ ] ORDER - defendant(s) plea(s) of not-guilty entered.
[ ] ORDER - setting trial before Judge _____ on _____ 2001 at 9:00 a.m.
Please use the above case number and initials on all future documents and correspondence in this action.
[ ] ORDER - discovery due in 10 days, motions due in 21 days.
[ ] ORDER - setting a violation hearing before Judge _____ on _____ at _____.
[ ] ORDER - defendant to proceed as named.
[X] Commitment order & waiver of removal hearing signed in open court.
(OTD: _____ - Gov't case: _____ days) Defendant committed to Southern Dist. of Florida.

**DEFENDANT**    **COUNSEL**

(1) John William Caruso    (1) Ruben Iniguez
[X] Present [ ] O/R [ ] Bond [X] Custody    [X] Present [ ] Appointed [ ] Retained

(2) _____    (2) _____
[ ] Present [ ] O/R [ ] Bond [ ] Custody    [ ] Present [ ] Appointed [ ] Retained

Attested to be a true and correct copy of original 1-5-01
Donald M. Cinnamond, Clerk
By _____ Deputy

(3) _____    (3) _____
[ ] Present [ ] O/R [ ] Bond [ ] Custody    [ ] Present [ ] Appointed [ ] Retained

(4) _____    (4) _____
[ ] Present [ ] O/R [ ] Bond [ ] Custody    [ ] Present [ ] Appointed [ ] Retained

cc: [X] Chambers    [ ] Probation
    [ ] Counsel of Record    [ ] Pretrial Services
    [ ] Jury Clerk    [ ] U.S. Marshal

Document No.: _____
CRIMINAL MINUTES

Criminal Minutes
Revised June 5, 1995

# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON

## CRIMINAL MINUTES

Case No.: **00-m-604**  Date of Proceeding: **12/29/00**

Presiding Judge: John Jelderks  Courtroom Deputy: Gary Magnuson

Reporter: Ilene TenBrook  Tape No: **1419**  AUSA: **JOHNATHAN HAAB**
(for: _____)

**DOCKET ENTRY:** (Interpreter:_____)
Record of: [ ]time set for [X]First Appearance [ ]Initial Appearance [ ]Arraignment [X]Detention Hearing
[ ]Preliminary / [ ]Pretrial / [ ]Supervised Release / [ ]ProbationViolation [X]Rule 40 Proceedings [ ]Status Hearing:
[X]**ORDER** - appointing Federal Defender/CJA Attorney to represent defendant(s).
[ ]Defendant(s) advised of charges [ ]Defendant(s) waived reading of the indictment/information.
[ ]Defendant(s) advised of rights [ ]Defendant(s) waived advice of rights.
[ ]Defendant(s) waived [ ]preliminary [ ]identity [ ]removal hearing.
[X]**ORDER** - (re)setting the [ ]First Appearance [ ]Release Violation / [X]Rule 40 / [ ]Preliminary / [X]Detention
/ [ ] Status Hearing before the duty Magistrate Judge on **WED 1/3/01** at **1:30 p**.m.
[ ]Gov't witness(es) sworn: _____
[ ]Defense witness(es) sworn: _____
[ ]**ORDER** - finding probable cause.
[ ]**ORDER** - (re)setting arraignment on:_____ at _____.m. before the duty magistrate.
[X]**ORDER** - defendant is detained: [ ]flight [ ]danger [ ]violation of release conditions [X]pending further hearing.
[ ]**ORDER** - defendant is released on conditions. (see separate order)
[ ]**ORDER** - defendant's plea(s) of not-guilty is entered.
[ ]**ORDER** - (re)setting trial before Judge _____ on _____ at 9:00 a.m.
Please use the above case number and initials on all future documents and correspondence in this action.
[ ]**ORDER** - discovery to be provided within 10 days, motions due in 21 days.
[ ]**ORDER** - setting a violation hearing before Judge _____ on _____ at _____.
[ ]**ORDER** - setting a further appearance before _____ on _____ at _____.
[ ]**ORDER** - _____
[ ] _____
(OTD: _____ - Gov't case: ____ days)

| DEFENDANT | COUNSEL |
|---|---|
| (1) **JOHN WILLIAM CARUSO** [X]Present [ ]O/R [ ]Bond [X]Custody | (1) **RUBEN INIGUEZ** [X]Present [X]Appointed [ ]Retained |
| (2) _____ [ ]Present [ ]O/R [ ]Bond [ ]Custody | (2) _____ [ ]Present [ ]Appointed [ ]Retained |
| (3) _____ [ ]Present [ ]O/R [ ]Bond [ ]Custody | (3) _____ [ ]Present [ ]Appointed [ ]Retained |
| (4) _____ [ ]Present [ ]O/R [ ]Bond [ ]Custody | (4) _____ [ ]Present [ ]Appointed [ ]Retained |

cc: [ ] Chambers  [ ] Probation
    [X] Counsel of Record  [ ] Pretrial Services
    [ ] Jury Clerk  [ ] US Marshal's

Document No.: _____

Certified to be a true and correct copy of the original on file
Dated _____
Donald M. Cinnamond, Clerk
By _____ Deputy

Criminal Minutes
Revised December 20, 1999

AO 442 (Rev. 12/85) Warrant for Arrest   AUSA DONALD F. CHASE, II

# United States District Court

**SOUTHERN** DISTRICT OF **FLORIDA**

UNITED STATES OF AMERICA

v.

JOHN CARUSO

TO: The United States Marshal
and any Authorized United States Officer

**WARRANT FOR ARREST**

**CASE NUMBER:**

**00-6362**

CR-ZLOCH MAGISTRATE JUDGE
SELTZER

YOU ARE HEREBY COMMANDED to arrest _JOHN CARUSO_
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

■ Indictment   □ Information   □ Complaint   □ Order of court   □ Violation Notice   □ Probation Violation Petition

charging him or her with (brief description of offense) POSSESSION OF A FIREARM BY CONVICTED FELON,

in violation of Title _18_ United States Code, Section _922(g)(1)_

CLARENCE MADDOX
Name of Issuing Officer

COURT ADMINISTRATOR/CLERK OF THE COURT
Title of Issuing Officer

_signature_
Signature of Issuing Officer

December 15, 2000, Fort Lauderdale, Florida
Date and Location

Bail fixed at PRETRIAL DETENTION   by BARRY S. SELTZER, U.S. Magistrate Judge
Name of Judicial Officer

### RETURN

| This warrant was received and executed with the arrest of the above defendant at | Certified to be a true and correct copy of the document on file |
|---|---|
| DATE RECEIVED **INFORMATION COPY ONLY** | NAME AND TITLE OF ARRESTING OFFICER **MAKE RETURN ON ORIGINAL WARRANT WITH UNITED STATES MARSHAL** | SIGNATURE OF ARRESTING OFFICER Clarence Maddox, Clerk Southern District of Florida By _signature_ Deputy Clerk Date 12/20/00 |
| DATE **MAKE RETURN ON ORIGINAL WARRANT WITH UNITED STATES MARSHAL** | | |