UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR No. 00-6362 WJZ |
| | ) | |
| Plaintiff, | ) | CONSENT TO TRANSFER OF |
| | ) | CASE FOR PLEA AND SENTENCE |
| vs. | ) | (UNDER RULE 20) |
| | ) | |
| JOHN WILLIAM CARUSO, | ) | |
| | ) | |
| Defendant. | ) | |

I, John William Caruso, defendant, have been informed that an indictment is pending against me in the Southern District of Florida in the above-designated cause, CR 00-6362. I wish to plead guilty to the offense charged in the indictment (*i.e.*, felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1)), to consent to the disposition of the case in the District of Oregon in which I am held, and to waive trial in the Southern District of Florida.

DATED January 12, 2001, at Portland, Oregon.

John William Caruso, Defendant

Ruben L. Iñiguez
Attorney for Defendant

**APPROVED**

| | |
|---|---|
| KRISTINE OLSON | GUY A. LEWIS |
| United States Attorney | United States Attorney |
| | |
| JOHNATHAN S. HAUB | DONALD F. CHASE, II |
| Assistant United States Attorney | Assistant United States Attorney |
| District of Oregon | Southern District of Florida |

Page 1 CONSENT TO TRANSFER OF CASE  (O:\CLIENT\RLI\Caruso\consent)