# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Duplicate     Duplicate     Duplicate

**Clarence Maddox**  
Court Administrator • Clerk of Court

2001 MAR 29 P 12: 15

CLERK, U.S. DISTRICT COURT  
DISTRICT OF OREGON  
PORTLAND, OREGON

301 North Miami Avenue  
Miami, Florida 33128-7788  
(305) 523-5100

March 8, 2001

United States District Court  
District of Oregon  
740 MarkO.Hatfield  
1000 Southwest Third Avenue  
Portland, OR  97204-2902

RE: US vs. John William Caruso  
Case No.00-6362-cr-Zloch

Dear Sir or Madam:

The defendant in the above case has entered a Consent to Transfer of Case for Plea and Sentence (*Under Rule 20*) and is being transferred to your court. The following items are being forwarded herewith:

(1) original Consent to Transfer of Case for Plea and Sentence (*Under Rule 20*)  
(1) certified copy of the Indictment/Information  
(1) certified copy of the Docket Sheet

Please acknowledge receipt of the above on the enclosed copy of this letter and return it the envelope which has been provided.

CLARENCE MADDOX  
Clerk of Court

by: _____  
    Deputy Clerk

Encl.

---

CLERK'S ACKNOWLEDGMENT OF RECEIPT

This case has been assigned our case number:

CR 01-116-KI

by: R. Rupert  
    Deputy Clerk

Date: 3/16/01

Duplicate     Duplicate

*The Mission of the Clerk's Office for the Southern District of Florida is to be the mechanism for the judges, the bar, litigants, and the public, to resolve disputes in a just and efficient manner.*